

Niall D. Ó Murchadha
NOMurchadha@LundinPLLC.com
929.564.5483

January 04, 2023

**BY ECF**
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  138-77 Queens Blvd LLC v. Silver, No. 22-cv-5155-KAM-MMH

Dear Judge Henry:

We represent the defendant, Scott E. Silver, in the above matter. We write to notify the court that, after further considering the matter, Mr. Silver has agreed to plaintiff's request that the scheduled settlement conference be held in person. For this reason, we request that the settlement conference scheduled for January 27, 2023, be held in-person, if at all possible.

Respectfully submitted,

Niall D. Ó Murchadha