

Niall D. Ó Murchadha<br/>NOMurchadha@LundinPLLC.com<br/>929.564.5483

April 05, 2023

**<u>BY ECF</u>**
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>138-77 Queens Blvd LLC v. Silver, No. 22-cv-5155-KAM-MMH</u>

Dear Judge Henry:

I write to inform the Court that the parties have mutually consented that Defendant's date to complete document production and provide a privilege log shall be extended one week, to April 12, 2023, and that the parties' schedule for letters to the Court regarding any dispute about privilege similarly be extended one week to April 19, 2023 (for Plaintiff) and April 26, 2023 (for Defendant's response).  I respectfully request that the schedule be amended as agreed.

Respectfully submitted,

Niall D. Ó Murchadha

Lundin PLLC | 405 Lexington Avenue, 26th Floor New York, NY 10174 | 212.541.2402