UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| 138-77 QUEENS BLVD LLC,<br><br>        *Plaintiff,*<br><br> -against -<br><br>SCOTT E. SILVER,<br><br>        *Defendant.* | **Case No. 1:22-cv-5155-KAM-MMH**<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER** |

   **IT IS HEREBY STIPULATED AND AGREED** between the undersigned parties that

Defendant's date to answer the Complaint is extended to August 11, 2023.

DATED: July 31, 2023

| **ROSENBERG & ESTIS P.C.** | **LUNDIN PLLC** |
|---|---|
| By __/s/ Michael A. Pensabene_____<br>Michael A. Pensabene<br>Eric S. Askanase<br>733 Third Avenue<br>New York, NY 10017<br>Tel: (212) 551-1267<br>mpensabene@rosenbergestis.com<br>easkanase@rosenbergestis.com<br><br>*Attorneys for Plaintiff 138-77 Queens Blvd LLC* | By __/s/_John M. Lundin_____<br>John M. Lundin<br>Niall D. Ó Murchadha<br>405 Lexington Avenue, 26th Floor,<br>New York, NY 10174<br>Tel: (212) 541-2402<br>jlundin@lundinpllc.com<br>nomurchadha@lundinpllc.com<br><br>*Attorneys for Defendant Scott E. Silver* |