

Cynthia L. Botello
CBotello@LundinPLLC.com
Direct:  929.564.5494
Facsimile:  917.746.3586

August 4, 2023

**Via ECF Filing**
The Honorable Marcia M. Henry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Motion to Withdraw as Attorney in 138-77 Queens Blvd LLC v. Silver, No. 22 cv 5155 KAM MMH

Dear Judge Henry:

Pursuant to Local Civil Rule 1.4, I respectfully request permission from the court to withdraw as counsel of record for Scott E. Silver, the defendant, in the above-mentioned case, due to my recent change in employment. After August 10th, 2023, I will no longer be associated with Lundin PLLC. However, John M. Lundin and Niall D. O'Murchadha will continue their representation of Mr. Silver in the above-mentioned case.

Thank you for your attention to this matter.

Respectfully submitted,

*Cynthia Botello*

Cynthia L. Botello