

733 Third Avenue
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

Eric S. Askanase
+1 (212) 551-1267
easkanase@rosenbergestis.com

October 5, 2023

**By ECF**
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    *138-77 Queens Blvd LLC v. Silver*, **No. 22-cv-5155-KAM-MMH**

Dear Judge Henry:

We represent plaintiff, 138-77 Queens Blvd LLC, in the above-referenced action and are submitting this letter jointly on behalf of all parties to inform the Court that the parties have reached an agreement in principle to settle this matter. The parties respectfully request that the Court adjourn the deadlines in the operative Discovery Plan/Scheduling Order entered by the Court [ECF No. 41], by two weeks to afford the parties time to memorialize and execute a settlement agreement.

      Respectfully submitted,

      Eric S. Askanase

cc:  All counsel (via ECF)

RE\87112\0004\5246529v1