UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

138-77 QUEENS BLVD LLC,

                        Plaintiff,

      - against -

SCOTT E. SILVER,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 22-CV-5155-KAM-MMH

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, that the above-captioned action (including any and all counterclaims asserted therein) is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own costs and fees, including attorney's fees.

Dated:    New York, New York
            October 18, 2023

**ROSENBERG & ESTIS, P.C.**

By: *Eric S. Askanase*
    Michael A. Pensabene
    Eric S. Askanase
    733 Third Avenue
    New York, New York 10017
    (212) 867-6000
    mpensabene@rosenbergestis.com
    easkanase@rosenbergestis.com
    *Attorneys for Plaintiff*

**LUNDIN PLLC**

By: *Niall D. Ó Murchadha*
    John M. Lundin
    Niall D. Ó Murchadha
    405 Lexington Avenue, 26th Floor
    New York, New York 10174
    (212) 541-2402
    jlundin@lundinpllc.com
    nomurchadha@lundinpllc.com
    *Attorneys for Defendant*

10.18.2023